FILED

01/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0487

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 22-0487

_____

DUANE BENDER and REBECCA ESTATES, LLC,

        Plaintiffs and Appellants,

v.

STACEY ROSMAN and JOHN DOES 1-10,

        Defendants and Appellees.

_____

## ORDER GRANTING APPELLEE AND APPELLANT'S STIPULATION AND MOTION TO HOLD TIME REQUIREMENTS IN ABEYANCE

_____

APPEARANCES:

Dennison A. Butler
P.O. Box 152
23 N. Broadway, Suite 205
Red Lodge, MT 59068
Phone: (406) 366-4826
dennisonabutler@gmail.com

Attorney for Appellants Duane Bender
and Rebecca Estates, LLC

David F. Knobel
P.O. Box 2529
Billings, MT 59103
Phone: (406) 255-7343
dknobel@crowleyfleck.com

Attorney for Appellee Stacey Rosman

Before the Court is Appellee Stacey Rosman and Appellants Duane Bender and Rebeca Estate, LLC's Mont. R. App. P. 7 stipulation and motion to hold time requirements in abeyance. Good cause appearing,

IT IS ORDERED that the parties may conduct appellate mediation on February 9, 2023, with Greg Murphy serving as mediator, and Mr. Rosman's response brief shall be due within 30 days of the filing of the mediator's report.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2023